OFFICE OF DISCIPLINARY COUNSEL *v.* MULLEN.

[Cite as *Disciplinary Counsel v. Mullen* (1995), 73 Ohio St.3d 295.]

(No. 95–765—Submitted May 23, 1995—Decided August 23, 1995.)

296

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin Mathews,* Assistant Disciplinary Counsel, for relator.

*D. Michael Mullen, pro se.*

*Per Curiam.* We have reviewed the record and concur in the board's findings of misconduct and its recommended sanction. Respondent is therefore suspend-

ed indefinitely from the practice of law in Ohio and shall receive no credit for the suspension of his license since October 15, 1993. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.